**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 11-60879-CIV-DIMITROULEAS**

CHRISTOPHER DUNHAM,

    Plaintiff,

v.

REDLINE RECOVERY SERVICES, INC.,

    Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), the parties to this action submit this Joint Stipulation of Dismissal without prejudice. The parties agree that each party shall bear their own costs and attorneys' fees in connection with this action.

Dated: June 20, 2011                          Respectfully submitted,

| | |
|---|---|
| s/*Andrew I. Glenn*_____ | s/ *Ernest H. Kohlmyer, III*_____ |
| Andrew I. Glenn, Esq. | Ernest H. Kohlmyer, III, Esq. |
| Florida Bar No.: 577261 | Florida Bar No. 0110108 |
| E-mail: Andrew@cardandglenn.com | Email: skohlmyer@southmilhausen.com |
| J. Dennis Card, Jr., Esq. | SOUTH MILHAUSEN, P.A. |
| Florida Bar No. 0487473 | 1000 Legion Place, Suite 1200 |
| E-mail: Dennis@cardandglenn.com | Orlando, FL 32801 |
| Card & Glenn, P.A. | Telephone (407) 539-1638 |
| 2501 Hollywood Boulevard, Suite 100 | Facsimile: (407) 539-2679 |
| Hollywood, Florida 33020 | Attorneys for Defendant |
| Telephone: (954) 921-9994 | |
| Facsimile: (954) 921-9553 | |
| Attorneys for Plaintiff | |