UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60879-CIV-DIMITROULEAS

CHRISTOPHER DUNHAM,

    Plaintiff,

vs.

REDLINE RECOVERY SERVICES, LLC.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE**

THIS CAUSE is before the Court upon the Joint Stipulation for Dismissal Without Prejudice, filed herein on June 20, 2011 [DE 7]. The Court has carefully considered the Joint Stipulation, notes the signature of counsel for both parties, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Joint Stipulation for Dismissal Without Prejudice [DE 7] is hereby **APPROVED**.

2.     The above-styled action is hereby **DISMISSED WITHOUT PREJUDICE**.

3.     The Clerk shall deny any pending motions as moot.

4.     The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of June, 2011.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record